ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 1 0 2014

JAMES N. HATTEN, Clerk
BY: _____
Deputy Clerk

BATASKI BAILEY, *pro se*                    )
                                            )    CASE NO:  1:14-CV-0797-CC
                        Plaintiff,          )
                                            )
V.                                          )
                                            )
EQUIFAX CREDIT INFORMATION                  )
SERVICES, INC.,                             )
EXPERIAN SOLUTIONS, INC.,                   )
TRANSUNION LLC                              )
                                            )
                        Defendant's.        )

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT EQUIFAX CREDIT INFORMATION SERVICES, INC.'S ANSWER TO THE COMPLAINT

COMES NOW Plaintiff Bataski Bailey and files this Motion to Strike Defendant Equifax Credit Information Services, Inc.'s Answer to the Complaint. This motion is in response to Mr. Brian Olson's (lead counsel for Defendant's Equifax Credit Information Services, Inc.) blatant attempt to fraud and deceive this Court. Mr. Olson filed 2 (two) motions and was granted Orders based on information he knew to be false. The plaintiff will outline the length Mr. Olson will go to give his client an unfair advantage in these proceedings. This Motion is based on the following reasons:

1. Mr. Olson has willfully made statements he knew to be false in 2 (two) separate filings.

1

2. Mr. Olson knowingly and willfully failed to serve a copy of his first Motion for an Extension of time upon the Plaintiff.

3. Mr. Olson knowingly and willfully filed a false Certificate of Service to this Court with regards to his first Motion for an Extension of Time.

<u>PROCEDURAL HISTORY</u>

On March 19, 2014 the plaintiff filed this action seeking damages. On June 4, 2014, Mr. Olson filed a Motion for Extension of Time to File an Answer (doc. 12) stating "Equifax attempted to contact Plaintiff to get his consent to this motion, but was unable to contact him." He also states, "Accordingly, Equifax requests this extension of time for it to file its answer or other responsive pleadings through and including June 23, 2014 so that **the parties may conduct settlement negotiations**." Lastly, he states "The request is made in good faith and not for the purpose of delay." On June 5, 2014 an Order was entered granting defendant Equifax's Motion for Extension of Time to file a response.

On June 23, 2014 Mr. Olson filed a Second Motion for Extension of Time to File an Answer (doc 15). This motion also included  Mr. Olson stating "Equifax attempted to contact Plaintiff to get his consent to this motion, but was unable to contact him". As well as "The request is made in good faith and not for the purpose of delay". Lastly, Mr. Olson states "Accordingly, Equifax requests this extension of time for it to file its answer or other responsive pleadings through and including June 23, 2014 so that **the parties may conduct settlement negotiations.**" On June 24, 2014 an Order was entered

again granting defendant Equifax an Extension of Time to file an Answer.

## ARGUMENT

The plaintiff and Mr. Olson have spoken at length via phone and email about this case and its merits since May 15, 2014. Since that point Mr. Olson and the plaintiff have not had one conversation regarding a settlement. Mr. Olson has only inquired about the merits of this case and continually probed for information in an effort to bolster his clients defenses. This in itself isn't a bad thing. But when he lies to this Court in a effort to gain an advantage is when he crosses the line. Mr. Olson stated in BOTH Motions for Extensions of Time "Equifax attempted to contact the Plaintiff to get his consent to this motion, but was unable to contact him". This is a blatant lie as noted by Exhibit 1 where the phone records of the plaintiff show 4 (four) calls made by Mr. Olson to the plaintiff prior to his filing the first Motion of Extension of Time. It was during the calls on both May 28, and May 30 that the plaintiff expressly told Mr. Olson he would NOT consent to a Motion for an Extension of time and that any motion would be disputed. During this same period the plaintiff and Mr. Olson were in contact via email constantly in an attempt to arrange a conference in accordance with Rule 26(f). As noted by the email chain in Exhibit 2, the plaintiff not only emailed Mr. Olson but he also responded, meaning he was in fact able to contact the plaintiff. Mr. Olson has also failed to provide the plaintiff with a copy of his first Motion for Extension of Time as required. To date the plaintiff has not received a copy of this motion from Mr. Olson. It was only after the Court entered it's Order granting the Motion that the plaintiff was made aware a motion

3

had even been filed. While filing this Motion also, Mr. Olson signed a Certificate of Service swearing a copy had been served on the plaintiff. This intentional act coupled with the fact Mr. Olson had spoken to Mr. Bailey and was aware Mr. Bailey would not consent to an Extension of Time shows Mr. Olson's intentional act to fraud and/or deceive this Court.

CONCLUSION

Mr. Olson, while taking an oath here in the State of Georgia swore to "truly and honestly, justly and uprightly, conduct myself as a member of this learned profession and in accordance with the Georgia Rules of Professional Conduct as an attorney and counselor...". Mr. Olson clearly knowingly and willfully violated this oath on 2 (two) separate occasions currently on record in this matter. How can our system of justice in this great country function if the very individuals who are the torch bearers of truth and honesty, willfully violate its core principals? Mr. Olson may argue these motions are routine and insignificant. I beg to differ. EVERY motion and step IS significant. To have an attorney disrespect this Court by not being honest can not be accepted. This Court must set the standard for behavior and decorum by vehemently denouncing these actions as unacceptable. Without the benefit of these lies uttered to this Court Mr. Olson and defendant Equifax would not have had an argument for an Extension of time and their answer would have been considered untimely. This Court must throw out the rewards of the lies spoken.

To demonstrate how blatant these lies were the plaintiff and Mr. Olson spoke via telephone (Exhibit 1):

On May 28, 2014 for 2 minutes;
again on May 28, for 9 minutes;
on May 30, 2014 for 2 minutes;
again on May 30, 2014 for 6 minutes; and
on June 4, 2014 for 6 minutes.


Mr. Olson and the plaintiff also exchanged emails (Exhibit 2) on:

May 28, 2014
May 31, 2014
June 2, 2014
June 3, 2014
June 4, 2014
June 11, 2014
June 12, 2014
June 16, 2014
June 23, 2014
June 24, 2014
June 25, 2014
June 26, 2014


Moreover, for Mr. Olson to file a Motion with a claim he (as lead Counsel for Equifax) is "unable to contact the plaintiff" while only hours beforehand and potentially while drafting that very Motion exchanging emails with the plaintiff is the very definition of perjury.

WHEREFORE, the plaintiff prays upon this Court to:

1. GRANT this Motion to Strike Defendant Equifax's Information Services, Inc. Answer;

2. Rescind this Courts previous Order granting an Extension of Time to File an Answer;

3. Sanction Mr. Brian Olson; and

4. Report Mr. Brian Olson's actions to the State Bar of Georgia for review.

Respectfully submitted this 9th day of July, 2014.

_____

BY: Bataski Bailey *Pro Se*

Bataski Bailey *Pro Se*
1778 Twin Brooks Dr. SE
Marietta, GA 30067
404.933.9014
bataskib@hotmail.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BATASKI BAILEY, *pro se* | ) |
| | ) CASE NO:   1:14-CV-0797-CC |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| EQUIFAX CREDIT INFORMATION | ) |
| SERVICES, INC., | ) |
| EXPERIAN SOLUTIONS, INC., | ) |
| TRANSUNION LLC | ) |
| | ) |
| Defendant's. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served a copy of the foregoing **PLAINTIFF BATASKI BAILEY'S FIRST INTERROGATORIES TO DEFENDANT EQUIFAX CREDIT INFORMATION SERVICES, INC.** upon the following individuals, in the aforesaid action. I have deposited a copy of same via email addressed to:

Brian Olson Esq.
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309-3521
404.572.4600
bjolson@kslaw.com


Respectfully submitted this 9th day of July, 2014.

_____
Bataski Bailey *Pro Se*
1778 Twin Brooks Dr. SE
Marietta, GA 30067
404.933.9014
bataskib@hotmail.com

7

# Usage Details Print Preview

For May 21, 2014 - June 20, 2014

*Exhibit 1*

Close

Print

## Wireless Details for 404-933-9014

**Details shown:** Talk

You may research usage and payment activity for any of your wireless accounts based on the billing period you selected above. Type in the wireless phone number for the wireless account you are inquiring on, select one of the search options from the drop down box, and then select "Search Usage".

| | Results of Search for: 404-215-5806 | | | | Total Minutes | | | Total Charges |
|---|---|---|---|---|---|---|---|---|
| | 5 of items found | | | | 25.00 | | | 0.00 |

| # | Date | Time | Number Called | Min | Airtime Charge | LD/Add'l Charge | Feature | Total Charge |
|---|---|---|---|---|---|---|---|---|
| 61 | 05/28/2014 | 02:44PM | 404-215-5806 | 2 | 0.00 | 0.00 | | 0.00 |
| 63 | 05/28/2014 | 03:44PM | 404-215-5806 | 9 | 0.00 | 0.00 | | 0.00 |
| 96 | 05/30/2014 | 10:40AM | 404-215-5806 | 2 | 0.00 | 0.00 | | 0.00 |
| 98 | 05/30/2014 | 01:36PM | 404-215-5806 | 6 | 0.00 | 0.00 | | 0.00 |
| 211 | 06/04/2014 | 04:45PM | 404-215-5806 | 6 | 0.00 | 0.00 | | 0.00 |
| **Total Call Detail** | | | | **25.00** | **0.00** | **0.00** | | **0.00** |

# Bailey v. Equifax, Experian, TU     *Exhibit 2*

From: **Bataski Bailey** (bataskib@hotmail.com)
Sent: Mon 6/02/14 1:11 AM
To:     Olson, Brian (bjolson@kslaw.com); 'sdraper@jonesday.com' (sdraper@jonesday.com);
      'ABarfield@hptylaw.com' (abarfield@hptylaw.com); 'Alyson.Blatney@strasburger.com'
      (alyson.blatney@strasburger.com)

Hello all,

I am starting the process of preparing my interrogatories, discovery requests, as well as (30)(b)(6) witness requests this week. In light of our inability to schedule time for the 26(f) conference I am asking we use the previously circulated and partially agreed upon dates as a guide to complete this conference as required. Otherwise, I will be left with no other choice but to present a plaintiff's discovery plan outlining to the Court this inability to agree on a conference. I understand Equifax's counsel is the only party who had issue with the proposed date, but am respectfully requesting Mr. Olson choose a date (June 5, 10, 11) to schedule the required conference.

Thanks in advance,
Bataski Bailey

---

From: BJOlson@KSLAW.com
To: sdraper@jonesday.com; ABarfield@hptylaw.com; Alyson.Blatney@strasburger.com; bataskib@hotmail.com
Date: Sat, 31 May 2014 14:31:17 -0400
Subject: Re: postpone Monday meeting/ Bailey v. Equifax, Experian, TU

Thanks Saira,

**From:** Saira Draper [mailto:sdraper@jonesday.com]
**Sent:** Saturday, May 31, 2014 10:56 AM Eastern Standard Time
**To:** Olson, Brian; ABarfield@hptylaw.com <ABarfield@hptylaw.com>; Alyson.Blatney@strasburger.com <Alyson.Blatney@strasburger.com>; Bataski Bailey <bataskib@hotmail.com>
**Subject:** postpone Monday meeting/ Bailey v. Equifax, Experian, TU

Hi all,

Since we cannot reach a consensus about meeting on Monday, and since we need to have all parties present for the 26(f) conference, let's cancel the meeting this Monday.

Brian, after Equifax makes its appearance in the case, will you circulate some proposed times for the meeting?

Mr. Bailey, I know you are traveling this weekend, but kindly acknowledge receipt of this message at your earliest convenience.

Thanks, and have a nice weekend,
Saira


Saira Draper
Associate
JONES DAY® - One Firm Worldwide℠
1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309
Office +01.404.581.8337


=========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
=========

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

# Bailey: Your disclosure

From:  **Olson, Brian** (BJOlson@KSLAW.com)
Sent:  **Wed 6/04/14 12:27 PM**
To:    Bataski Bailey <bataskib@hotmail.com> (bataskib@hotmail.com) (bataskib@hotmail.com)

      1 attachment
      Bailey_disclosure_632014.pdf (1268.1 KB)


Hi Bataski,


I hope that all is well these days.  Here is your file.  Talk to you soon,


Brian J. Olson
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: 404.215.5806
Facsimile: 404.572.5100
bjolson@kslaw.com

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

# Bailey v. Equifax

From: **Bataski Bailey** (bataskib@hotmail.com)
Sent: **Tue 6/24/14 1:44 PM**
To:    Brian Olson (bjolson@kslaw.com)


Hey, Brian

Give me a call when u get a chance please.

Bataski

Sent from my iPhone

# RE: postpone Monday meeting/ Bailey v. Equifax, Experian, TU

From: **Olson, Brian** (BJOlson@KSLAW.com)
Sent: Wed 6/25/14 10:12 AM
To:    Bataski Bailey (bataskib@hotmail.com)
Cc:    Natalie A Williams (nwilliams@jonesday.com); Barfield, Alex (ABarfield@hptylaw.com);
       Blatney, Alyson (Alyson.Blatney@strasburger.com); David H Bouchard
       (dbouchard@jonesday.com)


```
Natalie,

Is that okay?

Bataski: We need the Joint Preliminary Report and Discovery Plan. Have you sent it?

Brian J. Olson
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: 404.215.5806
Facsimile: 404.572.5100
bjolson@kslaw.com

-----Original Message-----
From: Bataski Bailey [mailto:bataskib@hotmail.com]
Sent: Wednesday, June 25, 2014 10:11 AM
To: Olson, Brian
Cc: Natalie A Williams; Barfield, Alex; Blatney, Alyson; David H Bouchard
Subject: Re: postpone Monday meeting/ Bailey v. Equifax, Experian, TU

Today is the day. There are too many conflicts next week between all parties. Natalie has
said David will sit in so that means all parties will be represented.

I will talk to you all at 11.

Bataski

Sent from my iPhone

> On Jun 25, 2014, at 10:08 AM, "Olson, Brian" <BJOlson@KSLAW.com> wrote:
>
> Bataski:
>
> When are you available next week? I think we can attempt to work with your schedule.
>
> Thanks,
>
> Brian J. Olson
> King & Spalding, LLP
> 1180 Peachtree Street, N.E.
> Atlanta, Georgia 30309
> Telephone: 404.215.5806
```

> bjolson@kslaw.com
>
> -----Original Message-----
> From: Bataski Bailey [mailto:bataskib@hotmail.com]
> Sent: Wednesday, June 25, 2014 10:07 AM
> To: Natalie A Williams
> Cc: Barfield, Alex; Olson, Brian; Blatney, Alyson; David H Bouchard
> Subject: Re: postpone Monday meeting/ Bailey v. Equifax, Experian, TU
>
> Natalie,
>
> I'm not free Monday at all.
>
> Sent from my iPhone
>
>> On Jun 25, 2014, at 10:05 AM, "Natalie A Williams" <nwilliams@jonesday.com> wrote:
>>
>>
>> Brian-
>>
>> Yes, thank you. I'd much prefer we aim for Monday. I'm available all day.
>> -------- Original Message --------
>>
>> From : "Barfield, Alex" <ABarfield@hptylaw.com>
>> To : "'Olson, Brian'" <BJOlson@KSLAW.com>, Bataski Bailey
>> <bataskib@hotmail.com>
>> Cc : Natalie A Williams <nwilliams@jonesday.com>, "Blatney, Alyson"
>> <Alyson.Blatney@strasburger.com>
>> Sent on : 06/25 10:02:15 AM EDT
>> Subject : RE: postpone Monday meeting/ Bailey v. Equifax, Experian,
>> TU
>>
>> I'm free Monday afternoon, maybe after 2.
>>
>> Alex M. Barfield
>> Attorney at Law
>> Hawkins Parnell Thackston & Young, LLP Suite 4000 SunTrust Plaza
>> 303 Peachtree St. N.E.
>> Atlanta, Georgia 30308-3243
>> (404) 614-7682 (direct)
>> (404) 614-7500 (fax)
>> abarfield@hptylaw.com
>> www.hptylaw.com
>>
>> -----Original Message-----
>> From: Olson, Brian [mailto:BJOlson@KSLAW.com]
>> Sent: Wednesday, June 25, 2014 10:01 AM
>> To: Bataski Bailey
>> Cc: Natalie A Williams; Barfield, Alex; Blatney, Alyson
>> Subject: RE: postpone Monday meeting/ Bailey v. Equifax, Experian, TU
>>
>> It still appears that Natalie would have a very difficult time
>> attending the call today, so is everyone available on Monday? I will
>> draft and circulate the parties' report in the meantime and everyone
>> can review and make proposed changes in accordance with standard practice.
>>
>> Thanks,
>>
>> Brian J. Olson
>> King & Spalding, LLP

6.

>> Atlanta, Georgia 30309
>> Telephone: 404.215.5806
>> Facsimile: 404.572.5100
>> bjolson@kslaw.com
>>
>> -----Original Message-----
>> From: Bataski Bailey [mailto:bataskib@hotmail.com]
>> Sent: Wednesday, June 25, 2014 9:58 AM
>> To: Olson, Brian
>> Cc: Natalie A Williams; Barfield, Alex; Blatney, Alyson
>> Subject: Re: postpone Monday meeting/ Bailey v. Equifax, Experian, TU
>>
>> Ok. I'm there.
>> Bataski
>>
>> Sent from my iPhone
>>
>>> On Jun 25, 2014, at 9:54 AM, "Olson, Brian" <BJOlson@KSLAW.com> wrote:
>>>
>>> We do it by telephone. King & Spalding's call in number is 877-699-4799.
>> Passcode: 4042155806.
>>>
>>> Thanks,
>>>
>>> Brian J. Olson
>>> King & Spalding, LLP
>>> 1180 Peachtree Street, N.E.
>>> Atlanta, Georgia 30309
>>> Telephone: 404.215.5806
>>> Facsimile: 404.572.5100
>>> bjolson@kslaw.com
>>>
>>> -----Original Message-----
>>> From: Bataski Bailey [mailto:bataskib@hotmail.com]
>>> Sent: Wednesday, June 25, 2014 9:52 AM
>>> To: Natalie A Williams
>>> Cc: Barfield, Alex; Olson, Brian; Blatney, Alyson
>>> Subject: Re: postpone Monday meeting/ Bailey v. Equifax, Experian,
>>> TU
>>>
>>> Ok, do we have a place to meet?
>>>
>>> Bataski
>>>
>>> Sent from my iPhone
>>>
>>>> On Jun 25, 2014, at 9:39 AM, "Natalie A Williams"
>> <nwilliams@jonesday.com> wrote:
>>>>
>>>>
>>>> All-
>>>>
>>>> I've had an emergency arise this morning that's called me out of
>>>> the office. If we absolutely have to, I can try to dial in, but
>>>> would prefer we try for Friday or Monday...if Brian doesn't mind
>>>> having a
>> working vacation.
>>>> If we have to do it today, please provide a dial-up or number that
>>>> I can try to hop on.
>>>>

7.

>>>> Best,

>>>>

>>>> Natalie

>>>> -------- Original Message --------

>>>>

>>>> From : Bataski Bailey <bataskib@hotmail.com>

>>>> To : "Barfield, Alex" <ABarfield@hptylaw.com>

>>>> Cc : Natalie A Williams <nwilliams@jonesday.com>, "Olson, Brian"

>>>> <BJOlson@KSLAW.com>, "Blatney, Alyson"

>>>> <Alyson.Blatney@strasburger.com> Sent on : 06/25 09:25:28 AM EDT

>>>> Subject : Re: postpone Monday meeting/ Bailey v. Equifax, Experian,

>>>> TU

>>>>

>>>> I can do 11 still.

>>>>

>>>> Bataski

>>>>

>>>> Sent from my iPhone

>>>>

>>>>>> On Jun 25, 2014, at 9:20 AM, "Barfield, Alex"

>>>>>> <ABarfield@hptylaw.com>

>>>>> wrote:

>>>>>

>>>>> So do we have a plan?

>>>>>

>>>>> I remain able to do 11 today, but obviously need to know soon. I

>>>>> can do

>>>> Friday, but not Thursday after 4:45 (but it sounds like Mr. Bailey

>>>> can't do either Thursday or Friday anyway). I could do Wednesday

>>>> or Thursday of next week, but that's it. I've got depos on Monday

>>>> and Tuesday of next week, and then I'm out of town Friday through

>>>> Monday July 14. I think our

>>>> 14 day deadline runs before I get back.

>>>>>

>>>>> Thanks. Alex.

>>>>>

>>>>> Alex M. Barfield

>>>>> Attorney at Law

>>>>> Hawkins Parnell Thackston & Young, LLP Suite 4000 SunTrust Plaza

>>>>> 303 Peachtree St. N.E.

>>>>> Atlanta, Georgia 30308-3243

>>>>> (404) 614-7682 (direct)

>>>>> (404) 614-7500 (fax)

>>>>> abarfield@hptylaw.com

>>>>> www.hptylaw.com

>>>>> -----Original Message-----

>>>>> From: Natalie A Williams [mailto:nwilliams@jonesday.com]

>>>>> Sent: Tuesday, June 24, 2014 11:55 PM

>>>>> To: Barfield, Alex; Bataski Bailey

>>>>> Cc: Olson, Brian; Blatney, Alyson

>>>>> Subject: RE: postpone Monday meeting/ Bailey v. Equifax, Experian,

>>>>> TU

>>>>>

>>>>>

>>>>> It looks like tomorrow will be tight with everyone's obligations.

>>>>> I have conflicts all day on Thursday until about 4:45. I am

>>>>> available to confer after that time and I'm generally available all day Friday.

>>>>> -------- Original Message --------

>>>>>

>>>>> From : "Barfield, Alex" <ABarfield@hptylaw.com>

>>>>> To : Bataski Bailey <bataskib@hotmail.com>

>>>>> Cc : "Olson, Brian" <BJOlson@KSLAW.com>, Natalie A Williams
>>>>> <nwilliams@jonesday.com>, "Blatney, Alyson"
>>>>> <Alyson.Blatney@strasburger.com>, Saira Draper
>>>>> <sdraper@jonesday.com> Sent on : 06/24 10:16:06 PM EDT Subject : Re:
>>>>> postpone Monday meeting/ Bailey v. Equifax, Experian, TU
>>>>>
>>>>> Alternatively, I can do Thurs morning at 10 or later as well. Or
>>>>> Thurs early afternoon.
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>> On Jun 24, 2014, at 10:07 PM, "Barfield, Alex"
>>>>> <ABarfield@hptylaw.com>
>>>>> wrote:
>>>>>
>>>>> Sorry to weigh in late. I am available tomorrow morning. I have
>>>>> to
>>>> leave
>>>>> for my conflicting meeting by 12:15, but my recollection is that
>>>>> this is usually an expedited process. Do we want to try 10, or
>>>>> should
>> it be 11?
>>>>>
>>>>> Thanks.
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>>> On Jun 24, 2014, at 8:35 PM, "Bataski Bailey"
>>>>>> <bataskib@hotmail.com>
>>>>> wrote:
>>>>>
>>>>> I believe Alex had a conflict tomorrow morning which is why we
>>>>> choose
>>>> 3pm.
>>>>> I am available tomorrow if all agree. Also, it's not a requirement
>>>>> to present the proposed plan before the conference and it will be
>>>>> available
>>>> to
>>>>> you at the time of the conference.
>>>>>
>>>>> Lastly, if all can't agree I will proceed with my motion to the
>>>>> courts to allow separate plans. You have again shown your
>>>>> intention to delay this conference by proposing this arrangement
>>>>> after business hours and
>>>> probably
>>>>> before any of the other parties can make the proper arrangements
>>>>> to attend.
>>>>>
>>>>> Bataski
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>> On Jun 24, 2014, at 8:15 PM, "Olson, Brian" <BJOlson@KSLAW.com> wrote:
>>>>>
>>>>> Hey Bataski:
>>>>>
>>>>>
>>>>>
>>>>> As mentioned, I am also available tomorrow morning, Thursday
>>>>> morning, and late Friday. And attorneys sadly usually take only
>>>>> working vacations so

>>>>> am available all next week as well. I have inquired if the other
>>>> attorneys
>>>>> are available tomorrow morning. As Natalie mentioned, Plaintiffs
>>>> typically
>>>>> circulate the Preliminary Report and Discovery plan. I haven't
>>>>> seen
>>>> that.
>>>>> Can you circulate those pleadings and let me know your availability?
>>>>>
>>>>>
>>>>>
>>>>> Thanks,
>>>>>
>>>>>
>>>>>
>>>>> Brian J. Olson
>>>>>
>>>>> King & Spalding, LLP
>>>>>
>>>>> 1180 Peachtree Street, N.E.
>>>>>
>>>>> Atlanta, Georgia 30309
>>>>>
>>>>> Telephone: 404.215.5806
>>>>>
>>>>> Facsimile: 404.572.5100
>>>>>
>>>>> bjolson@kslaw.com
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>> From: Bataski Bailey [mailto:bataskib@hotmail.com]
>>>>> Sent: Tuesday, June 24, 2014 7:33 PM
>>>>> To: Natalie A Williams
>>>>> Cc: Barfield, Alex; Blatney, Alyson; Olson, Brian; Saira Draper
>>>>> Subject: Re: postpone Monday meeting/ Bailey v. Equifax, Experian,
>>>>> TU
>>>>>
>>>>>
>>>>>
>>>>> Mr. Olson has made it clear he will be on vacation next week. Also
>>>> because
>>>>> we all had agreed to meet I will simply draft a motion outlining
>>>>> the
>>>> issues
>>>>> discussed in this email chain and ask that we independently be
>>>>> allowed to present a Discovery plan and that the discovery be
>>>>> allowed to commence as
>>>> I
>>>>> would like to serve all parties with a first set of
>>>>> interrogatories as
>>>> well
>>>>> as requests to depose 30(b)(6) witnesses. I will also be seeking
>>>> sanctions
>>>>> against Mr. Olson for his intentional acts to delay this process.
>>>>> I thank you all for your attempts to make this conference happen
>>>>> but
>> clearly Mr.

>>>>> Olson has ulterior motivates.
>>>>>
>>>>>
>>>>>
>>>>> Sincerely,
>>>>>
>>>>> Bataski
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>>
>>>>> On Jun 24, 2014, at 7:18 PM, "Natalie A Williams"
>>>> <nwilliams@jonesday.com>
>>>>> wrote:
>>>>>
>>>>> Mr. Bailey:
>>>>>
>>>>> I understand that you may be frustrated, but the local rules do
>>>>> require that lead counsel for all parties confer in person for the
>>>>> 26(f)
>>>> conference
>>>>> to discuss all of the issues that need to be addressed in the
>>>>> Joint Preliminary Report and Discovery Plan. See N.D.GA. L.R.
>>>>> 16.1. Given that
>>>> we
>>>>> have 14 days to confer and draft the preliminary report from the
>>>>> date of yesterday's Court's Order, that puts us at a deadline of
>>>>> July 7th to meet and file the report. In an effort to avoid
>>>>> burdening the Court with additional motions, how about we all
>>>>> circle up tomorrow to discuss a time that works for everyone?
>>>>>
>>>>> Mr. Bailey- In the meantime, perhaps you could draft proposed
>>>>> dates and details for the Joint Preliminary Report and Discovery Plan?
>>>>> Plaintiffs are typically responsible for initiating the drafting
>>>>> process and if you are able to circulate your proposed dates, etc.
>>>>> to everyone before the rescheduled date, it might help us all move
>> forward more efficiently.
>>>>>
>>>>> Best,
>>>>>
>>>>> Natalie
>>>>>
>>>>>
>>>>>
>>>>> Natalie A. Williams
>>>>> Associate
>>>>> JONES DAY® – One Firm Worldwide℠
>>>>> 1420 Peachtree Street, N.E., Suite 800 Atlanta, Georgia 30309
>>>>> Office: (404) 581-8424
>>>>> |++|
>>>>> ||||
>>>>> |++|
>>>>> |-----------+----------------------------------------|
>>>>> | | |
>>>>> |From: |Bataski Bailey <bataskib@hotmail.com> |
>>>>> | | |
>>>>> |-----------+----------------------------------------|
>>>>> | | |
>>>>> |To: |"Olson, Brian" <BJOlson@KSLAW.com>, |
>>>>> | | |
>>>>> |-----------+----------------------------------------|

//.

```
>>>>> |Cc: |"Blatney, Alyson" < |
>>>>> | |Alyson.Blatney@strasburger.com>, Natalie A |
>>>>> | |Williams <nwilliams@jonesday.com>, "Barfield, |
>>>>> | |Alex" <ABarfield@hptylaw.com>, Saira Draper < |
>>>>> | |sdraper@jonesday.com> |
>>>>> | | |
>>>>> |-----------+----------------------------------------|
>>>>> | | |
>>>>> |Date: |06/24/2014 06:48 PM |
>>>>> | | |
>>>>> |-----------+----------------------------------------|
>>>>> | | |
>>>>> |Subject: |Re: postpone Monday meeting/ Bailey v. |
>>>>> | |Equifax, Experian, TU |
>>>>> | | |
>>>>> |-----------+----------------------------------------|
```

>>>>> Well, if the other parties choose to not participate we will
>>>>> address that accordingly. At this point it's only you.
>>>>>
>>>>> Sincerely,
>>>>> Bataski
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>>> On Jun 24, 2014, at 6:46 PM, "Olson, Brian" <BJOlson@KSLAW.com> wrote:
>>>>>>
>>>>>> That isn't how it works. The attorneys in this case understand
>>>>>> that and
>>>>> will agree to other times.
>>>>>>
>>>>>> -----Original Message-----
>>>>>> From: Bataski Bailey [mailto:bataskib@hotmail.com]
>>>>>> Sent: Tuesday, June 24, 2014 6:42 PM
>>>>>> To: Olson, Brian
>>>>>> Cc: Blatney, Alyson; Natalie A Williams; Barfield, Alex; Saira
>>>>>> Draper
>>>>>> Subject: Re: postpone Monday meeting/ Bailey v. Equifax,
>>>>>> Experian, TU
>>>>>>
>>>>>> Per your email below you are available "all of Wednesday". As so
>>>>>> happens
>>>>> tomorrow is Wednesday. All the other parties have agreed to be
>>>>> present therefore all the other parties have agreed except you.
>>>>> Now, what we

>>>>> do is keep postponing this as we all have busy schedules.
>>>>> Therefore, I
>>>> will
>>>>> be present as agreed tomorrow. If you aren't or don't in some way
>>>>> participate I will simply craft a motion showing the court of your
>>>>> unwillingness to participate. There are rules are in place for
>>>>> situations as this as well.
>>>>>>
>>>>>> Govern yourself accordingly,
>>>>>> Bataski
>>>>>>
>>>>>> Sent from my iPhone
>>>>>>
>>>>>>> On Jun 24, 2014, at 6:38 PM, "Olson, Brian" <BJOlson@KSLAW.com>
>> wrote:
>>>>>>>
>>>>>>> Unfortunately one party is not allowed to make a unilateral
>>>>>>> decision
>>>>> regarding the 26f conference. The rules make that clear. The
>>>>> attorneys
>>>> on
>>>>> this email are aware of that. I am not available at that time.
>>>>> Let's
>>>> set
>>>>> an alternate time so that all parties are available as required by
>>>>> the rules.
>>>>>>>
>>>>>>> -----Original Message-----
>>>>>>> From: Bataski Bailey [mailto:bataskib@hotmail.com]
>>>>>>> Sent: Tuesday, June 24, 2014 6:35 PM
>>>>>>> To: Olson, Brian
>>>>>>> Cc: Blatney, Alyson; Natalie A Williams; Barfield, Alex; Saira
>>>>>>> Draper
>>>>>>> Subject: Re: postpone Monday meeting/ Bailey v. Equifax,
>>>>>>> Experian, TU
>>>>>>>
>>>>>>> All:
>>>>>>>
>>>>>>> We will continue with the 26(f) conference as scheduled below.
>>>>>>> Natalie
>>>>> please provide a call in # so that Mr. Olson can participate if he
>>>>> so chooses.
>>>>>>>
>>>>>>> Thanks again.
>>>>>>>
>>>>>>> Bataski
>>>>>>>
>>>>>>> Sent from my iPhone
>>>>>>>
>>>>>>>> On Jun 24, 2014, at 5:50 PM, "Olson, Brian" <BJOlson@KSLAW.com>
>> wrote:
>>>>>>>>
>>>>>>>> Is there a requirement about which I am unaware? I am in a
>>>>>>>> meeting
>>>>> tomorrow from noon until 5. We don't have to conduct the meeting
>>>>> in person. Thoughts?
>>>>>>>>
>>>>>>>> Thanks,
>>>>>>>>
>>>>>>>> -----Original Message-----

>>>>>>>> From: Blatney, Alyson [mailto:Alyson.Blatney@strasburger.com]
>>>>>>>> Sent: Tuesday, June 24, 2014 5:49 PM
>>>>>>>> To: 'Bataski Bailey'; Natalie A Williams
>>>>>>>> Cc: Barfield, Alex; Saira Draper; Olson, Brian
>>>>>>>> Subject: RE: postpone Monday meeting/ Bailey v. Equifax,
>>>>>>>> Experian, TU
>>>>>>>>
>>>>>>>> Alex will attend in person for Trans Union. I will call in.
>>>>>>>> The time
>>>>> works for me.
>>>>>>>>
>>>>>>>> Alyson Blatney • Strasburger & Price, LLP
>>>>>>>> 2801 Network Boulevard • Suite 600 • Frisco, TX 75034
>>>>>>>> 469.287.3964 • 469.305.4295 fax • www.strasburger.com
>>>>>>>>
>>>>>>>>
>>>>>>>> -----Original Message-----
>>>>>>>> From: Bataski Bailey [mailto:bataskib@hotmail.com]
>>>>>>>> Sent: Tuesday, June 24, 2014 4:44 PM
>>>>>>>> To: Natalie A Williams
>>>>>>>> Cc: Barfield, Alex; Saira Draper; Olson, Brian; Blatney, Alyson
>>>>>>>> Subject: Re: postpone Monday meeting/ Bailey v. Equifax,
>>>>>>>> Experian, TU
>>>>>>>>
>>>>>>>> Ok thanks Natalie!
>>>>>>>>
>>>>>>>> Brian and Alyson are you guys on board for tomorrow?
>>>>>>>>
>>>>>>>> Bataski
>>>>>>>>
>>>>>>>> Sent from my iPhone
>>>>>>>>
>>>>>>>>> On Jun 24, 2014, at 5:25 PM, "Natalie A Williams" <
>>>>> nwilliams@jonesday.com> wrote:
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> All:
>>>>>>>>>
>>>>>>>>> Saira is away at trial, so I'll be the point of contact for
>>>>>>>>> Experian for the few weeks that she is away. I can host
>>>>>>>>> tomorrow's
>> meeting.
>>>>>>>>> The Jones Day office address is as follows:
>>>>>>>>>
>>>>>>>>> 1420 Peachtree Street, NE
>>>>>>>>> Suite 800
>>>>>>>>> Atlanta, GA 30309.
>>>>>>>>>
>>>>>>>>> Best,
>>>>>>>>>
>>>>>>>>> Natalie
>>>>>>>>> -------- Original Message --------
>>>>>>>>>
>>>>>>>>> From : Bataski Bailey <bataskib@hotmail.com>
>>>>>>>>> To : "Barfield, Alex" <ABarfield@hptylaw.com>
>>>>>>>>> Cc : Saira Draper <sdraper@jonesday.com>, "Olson, Brian"
>>>>>>>>> <bjolson@kslaw.com>, "Blatney, Alyson"
>>>>>>>>> <alyson.blatney@strasburger.com>, Natalie A Williams
>>>>>>>>> <nwilliams@jonesday.com> Sent on : 06/24 05:21:20 PM EDT Subject :
>>>> Re:
>>>>>>>>> postpone Monday meeting/ Bailey v. Equifax, Experian, TU

*14.*

>>>>>>>>> I can't host either (unless you guys want to meet in my living
>>>>>>>>> room
>>>>> 😀 ).

>>>>>>>>> Saira is it possible to use your office?

>>>>>>>>>

>>>>>>>>> Bataski

>>>>>>>>>

>>>>>>>>> Sent from my iPhone

>>>>>>>>>

>>>>>>>>> On Jun 24, 2014, at 5:07 PM, "Barfield, Alex"
>>>>>>>>> <ABarfield@hptylaw.com>
>>>>>>>>> wrote:

>>>>>>>>>

>>>>>>>>> I am still available, but cannot host because I'll be coming
>>>>>>>>> to the meeting from an appointment. If somebody could confirm
>>>>>>>>> that this is going forward and a location, that would be great.

>>>>>>>>>

>>>>>>>>>

>>>>>>>>> Thanks. Alex.

>>>>>>>>>

>>>>>>>>>

>>>>>>>>> Alex M. Barfield
>>>>>>>>> Attorney at Law
>>>>>>>>> Hawkins Parnell Thackston & Young, LLP Suite 4000 SunTrust
>>>>>>>>> Plaza
>>>>>>>>> 303 Peachtree St. N.E.
>>>>>>>>> Atlanta, Georgia 30308-3243
>>>>>>>>> (404) 614-7682 (direct)
>>>>>>>>> (404) 614-7500 (fax)
>>>>>>>>> abarfield@hptylaw.com
>>>>>>>>> www.hptylaw.com

>>>>>>>>>

>>>>>>>>> From: Bataski Bailey [mailto:bataskib@hotmail.com]
>>>>>>>>> Sent: Tuesday, June 24, 2014 3:57 PM
>>>>>>>>> To: Barfield, Alex
>>>>>>>>> Cc: Saira Draper; Olson, Brian; Blatney, Alyson; Natalie A
>>>>>>>>> Williams
>>>>>>>>> Subject: Re: postpone Monday meeting/ Bailey v. Equifax,
>>>>>>>>> Experian, TU

>>>>>>>>>

>>>>>>>>>

>>>>>>>>> Did we all ever agree to tomorrow @ 3pm and at which office?

>>>>>>>>>

>>>>>>>>>

>>>>>>>>>

>>>>>>>>> Bataski

>>>>>>>>>

>>>>>>>>> Sent from my iPhone

>>>>>>>>>

>>>>>>>>>

>>>>>>>>> On Jun 23, 2014, at 4:38 PM, "Barfield, Alex"
>>>>>>>>> <ABarfield@hptylaw.com>
>>>>>>>>> wrote:

>>>>>>>>>

>>>>>>>>> All:

>>>>>>>>>

>>>>>>>
>>>>>>>>
>>>>>>>> I have a conflict at 1 on Wednesday, and probably could not be
>>>>>>>>> available until at least 3 for an in-person conference. If we
>>>>>>>>> want to push it back, I can do it.
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> Thanks. Alex.
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> Alex M. Barfield
>>>>>>>> Attorney at Law
>>>>>>>> Hawkins Parnell Thackston & Young, LLP Suite 4000 SunTrust
>>>>>>>> Plaza
>>>>>>>> 303 Peachtree St. N.E.
>>>>>>>> Atlanta, Georgia 30308-3243
>>>>>>>> (404) 614-7682 (direct)
>>>>>>>> (404) 614-7500 (fax)
>>>>>>>> abarfield@hptylaw.com
>>>>>>>> www.hptylaw.com
>>>>>>>>
>>>>>>>> From: Bataski Bailey [mailto:bataskib@hotmail.com]
>>>>>>>> Sent: Monday, June 23, 2014 1:00 PM
>>>>>>>> To: Saira Draper; Olson, Brian; 'Blatney, Alyson'
>>>>>>>> Cc: Barfield, Alex; Natalie A Williams
>>>>>>>> Subject: RE: postpone Monday meeting/ Bailey v. Equifax,
>>>>>>>> Experian, TU
>>>>>>>>
>>>>>>>>
>>>>>>>> I'm available on Wednesday @ 2. The rest of my week has been
>>>>>>>> booked
>>>>> solid.
>>>>>>>> Unless you all want to shoot for today after 3?
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> Bataski
>>>>>>>>
>>>>>>>>> Subject: RE: postpone Monday meeting/ Bailey v. Equifax,
>>>>>>>>> Experian, TU
>>>>>>>>> To: BJOlson@KSLAW.com; Alyson.Blatney@strasburger.com;
>>>>>>>>> bataskib@hotmail.com
>>>>>>>>> CC: ABarfield@hptylaw.com; nwilliams@jonesday.com
>>>>>>>>> From: sdraper@jonesday.com
>>>>>>>>> Date: Mon, 23 Jun 2014 12:40:18 -0400
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> Please include my colleague Natalie Williams in these discussions.
>>>>>>>>>
>>>>>>>>> Saira Draper
>>>>>>>>> Associate
>>>>>>>>> JONES DAY® - One Firm Worldwide℠
>>>>>>>>> 1420 Peachtree Street, NE, Suite 800 Atlanta, GA 30309 Office
>>>>>>>>> +1.404.581.8337
>>>>>>>>>
>>>>>>>>> ***This e-mail (including any attachments) may contain
>>>>>>>>> information that
>>>>>>>>> is

16.

>>>>>>>>> other
>>>>>>>>> privilege.
>>>>>>>>> If you received this e-mail in error, please delete it from
>>>>>>>>> your system without copying it and notify sender by reply
>>>>>>>>> e-mail, so that our records can be corrected.***
>>>>>>>>>
>>>>>>>>> -------- Original Message --------
>>>>>>>>>
>>>>>>>>> From : "Olson, Brian" <BJOlson@KSLAW.com> To : "'Blatney, Alyson'"
>>>>>>>>> <Alyson.Blatney@strasburger.com>, Bataski Bailey
>>>>>>>>> <bataskib@hotmail.com> Cc : "sdraper@jonesday.com"
>>>>>>>>> <sdraper@jonesday.com>, "ABarfield@hptylaw.com"
>>>>>>>>> <ABarfield@hptylaw.com> Sent on : 06/23 12:35:08 PM EDT Subject :
>>>> RE:
>>>>>>>>> postpone Monday meeting/ Bailey v. Equifax, Experian, TU
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> Tomorrow afternoon, all Wednesday, most of Thursday until
>>>>>>>>> about
>>>>>>>>> 1 (and
>>>>>>>>> even
>>>>>>>>> after that if you don't mind airport noise), and afternoon on
>>>> Friday.
>>>>>>>>> I'm
>>>>>>>>> on vacation after that.
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> Thanks,
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> From: Blatney, Alyson [mailto:Alyson.Blatney@strasburger.com]
>>>>>>>>> Sent: Monday, June 23, 2014 12:09 PM
>>>>>>>>> To: Bataski Bailey
>>>>>>>>> Cc: Olson, Brian; sdraper@jonesday.com; ABarfield@hptylaw.com
>>>>>>>>> Subject: RE: postpone Monday meeting/ Bailey v. Equifax,
>>>>>>>>> Experian, TU
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> Per the Court's Order, we need to file out Joint Preliminary
>>>>>>>>> Report and Discovery Plan within 14 days from today. When
>>>>>>>>> are you all available for the 26(f) conference?
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> Alyson Blatney • Strasburger & Price, LLP
>>>>>>>>>
>>>>>>>>> 2801 Network Boulevard • Suite 600 • Frisco, TX 75034
>>>>>>>>>
>>>>>>>>> 469.287.3964 • 469.305.4295 fax • www.strasburger.com
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> From: Blatney, Alyson
>>>>>>>>> Sent: Monday, June 16, 2014 10:09 AM
>>>>>>>>> To: 'Bataski Bailey'
>>>>>>>>> Cc: Olson, Brian; sdraper@jonesday.com; ABarfield@hptylaw.com

17.

>>>>>>>>>>>> postpone Monday meeting/ Bailey v. Equifax,
>>>>>>>>>> Experian, TU
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Of the dates proposed below, I am available June 19th, 23rd,
>>>>>>>>>> and
>>>>> 25th.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Alyson Blatney • Strasburger & Price, LLP
>>>>>>>>>>
>>>>>>>>>> 2801 Network Boulevard • Suite 600 • Frisco, TX 75034
>>>>>>>>>>
>>>>>>>>>> 469.287.3964 • 469.305.4295 fax • www.strasburger.com
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> From: Bataski Bailey [mailto:bataskib@hotmail.com]
>>>>>>>>>> Sent: Thursday, June 12, 2014 11:03 AM
>>>>>>>>>> To: Blatney, Alyson
>>>>>>>>>> Cc: Olson, Brian; sdraper@jonesday.com; ABarfield@hptylaw.com
>>>>>>>>>> Subject: Re: postpone Monday meeting/ Bailey v. Equifax,
>>>>>>>>>> Experian, TU
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> I'm available June 16,19,23,25.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Bataski
>>>>>>>>>>
>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> On Jun 11, 2014, at 6:01 PM, "Blatney, Alyson" <
>>>>>>>>>> Alyson.Blatney@strasburger.com> wrote:
>>>>>>>>>>
>>>>>>>>>> Did we pick a date for the 26(f) Conference?
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Alyson Blatney • Strasburger & Price, LLP
>>>>>>>>>>
>>>>>>>>>> 2801 Network Boulevard • Suite 600 • Frisco, TX 75034
>>>>>>>>>>
>>>>>>>>>> 469.287.3964 • 469.305.4295 fax • www.strasburger.com
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> From: Olson, Brian [mailto:BJOlson@KSLAW.com]
>>>>>>>>>> Sent: Saturday, May 31, 2014 1:31 PM
>>>>>>>>>> To: 'sdraper@jonesday.com'; 'ABarfield@hptylaw.com'; Blatney,
>>>> Alyson;
>>>>> '
>>>>>>>>>> bataskib@hotmail.com'
>>>>>>>>>> Subject: Re: postpone Monday meeting/ Bailey v. Equifax,
>>>>>>>>>> Experian, TU
>>>>>>>>>>

>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Thanks Saira,
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> From: Saira Draper [mailto:sdraper@jonesday.com]
>>>>>>>>>> Sent: Saturday, May 31, 2014 10:56 AM Eastern Standard Time
>>>>>>>>>> To: Olson, Brian; ABarfield@hptylaw.com
>>>>>>>>>> <ABarfield@hptylaw.com>; Alyson.Blatney@strasburger.com
>>>>>>>>>> <Alyson.Blatney@strasburger.com>; Bataski Bailey
>>>>>>>>>> <bataskib@hotmail.com>
>>>>>>>>>> Subject: postpone Monday meeting/ Bailey v. Equifax,
>>>>>>>>>> Experian, TU
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Hi all,
>>>>>>>>>>
>>>>>>>>>> Since we cannot reach a consensus about meeting on Monday,
>>>>>>>>>> and since we need to have all parties present for the 26(f)
>>>>>>>>>> conference, let's cancel
>>>>>>>>> the
>>>>>>>>>> meeting this Monday.
>>>>>>>>>>
>>>>>>>>>> Brian, after Equifax makes its appearance in the case, will
>>>>>>>>>> you circulate some proposed times for the meeting?
>>>>>>>>>>
>>>>>>>>>> Mr. Bailey, I know you are traveling this weekend, but kindly
>>>>>>>>>> acknowledge receipt of this message at your earliest convenience.
>>>>>>>>>>
>>>>>>>>>> Thanks, and have a nice weekend, Saira
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Saira Draper
>>>>>>>>>> Associate
>>>>>>>>>> JONES DAY® - One Firm Worldwide℠
>>>>>>>>>> 1420 Peachtree Street, NE, Suite 800 Atlanta, GA 30309 Office
>>>>>>>>>> +01.404.581.8337
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> ==========
>>>>>>>>>> This e-mail (including any attachments) may contain
>>>>>>>>>> information that is private, confidential, or protected by
>>>>>>>>>> attorney-client or other
>>>>>>>>> privilege.
>>>>>>>>>> If you received this e-mail in error, please delete it from
>>>>>>>>>> your system without copying it and notify sender by reply
>>>>>>>>>> e-mail, so that our records can be corrected.
>>>>>>>>>> ==========
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> King & Spalding Confidentiality Notice:
>>>>>>>>>>
>>>>>>>>>> This message is being sent by or on behalf of a lawyer. It is
>>>>>>>>>> intended exclusively for the individual or entity to which it
>>>>>>>>>> is addressed. This communication may contain information that
>>>>>>>>>> is proprietary, privileged or confidential or otherwise
>>>>>>>>>> legally exempt from disclosure. If you are not the named
>>>>>>>>>> addressee, you are not authorized to read, print, retain,

>>>>>>>>> copy
>>>>>>>>> or
>>>>>>>>>> disseminate this message or any part of it. If you have
>>>>>>>>>> received this message in error, please notify the sender
>>>>>>>>>> immediately by e-mail and
>>>>>>>>> delete
>>>>>>>>>> all copies of the message.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> This email message and any attachments are confidential and
>>>>>>>>>> may be privileged. If you are not the intended recipient,
>>>>>>>>>> please notify Strasburger & Price, LLP immediately -- by
>>>>>>>>>> replying to this message or by sending an email to
>>>>>>>>>> postmaster@strasburger.com -- and destroy all copies
>>>>>>>>> of
>>>>>>>>>> this message and any attachments. Thank you.
>>>>>>>> _____ This email message and any
>>>>>>>> attachments are confidential and may be
>>>>> privileged. If you are not the intended recipient, please notify
>>>>> Strasburger & Price, LLP immediately -- by replying to this
>>>>> message or by sending an email to postmaster@strasburger.com --
>>>>> and destroy all copies
>>>> of
>>>>> this message and any attachments. Thank you.
>>>>>>>> _____
>>>>>
>>>>>
>>>>>
>>>>>
>>>>> ==========
>>>>> This e-mail (including any attachments) may contain information
>>>>> that is private, confidential, or protected by attorney-client or
>>>>> other
>>>> privilege.
>>>>> If you received this e-mail in error, please delete it from your
>>>>> system without copying it and notify sender by reply e-mail, so
>>>>> that our records can be corrected.
>>>>> ==========