FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 15 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BATASKI BAILEY, *pro se* | ) |
|                     Plaintiff, | ) CASE NO: 1:14-CV-0797-CC |
| V. | ) |
| EQUIFAX INFORMATION SERVICES, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC | ) |
|                     Defendant's. | ) |

## MOTION TO QUASH SUBPOENA TO WELLS FARGO

COMES NOW Plaintiff Bataski Bailey and files this Motion to Quash Subpoena to Wells Fargo filed by Trans Union LLC (doc. 48) pursuant to FRCP 45(c)(3)(a)(iii). The Plaintiff also seeks an injunction barring the release of documents and information garnered in the confidential arbitration of a matter. The documents and information sought were a part of a confidential arbitration proceeding to which all documents and information are thusly privileged and protected.

Federal Rule of Civil Procedure 45 directs that, on timely motion, an issuing court must quash or modify a subpoena that, *inter alia*, "requires disclosure of privileged or other protected matter, if no exception or waiver applies[.]" Fed. R. Civ. P. 45(c)(3)(A)(iii). In *DERING v. SERVICE EXPERTS ALLIANCE LLC, CIVIL ACTION NO. 1:06-*

*CV-00357-RWS, CIVIL ACTION NO. 1:06-CV-00358-RWS.* , *at 3 (N.D. Ga. Dec. 6, 2007)* this Court made it clear information and documents from other litigations that are confidential in nature are barred from subpoenas.

**WHEREFORE,** Plaintiff prays upon this Court to GRANT this Motion to Quash Subpoena to Wells Fargo and issue an injunction barring the release and/or use of any documents or information obtained and/or used by Wells Fargo in its arbitration proceedings with the Plaintiff.

Respectfully submitted this 15th day of August, 2014.

_____
BY: Bataski Bailey *Pro Se*

Bataski Bailey *Pro Se*
1778 Twin Brooks Dr. SE
Marietta, GA 30067
404.933.9014
bataskib@hotmail.com

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 15 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BATASKI BAILEY, *pro se*     )
                             )  CASE NO:  1:14-CV-0797-CC
           Plaintiff,        )
                             )
V.                           )
                             )
EQUIFAX INFORMATION          )
SERVICES, INC.,              )
EXPERIAN INFORMATION         )
SOLUTIONS, INC.,             )
TRANS UNION LLC              )
                             )
           Defendant's.      )

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served a copy of the foregoing **MOTION TO QUASH SUBPOENA TO WELLS FARGO** upon the following individuals, in the aforesaid action. I have deposited a copy of same via email, and in the United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon addressed to:

Alex M. Barfield
Suite 4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3243
404.614.7400
abarfield@hptylaw.com

Respectfully submitted this 15th day of August, 2014.

_____
Bataski Bailey *Pro Se*
1778 Twin Brooks Dr. SE
Marietta, GA 30067
404.933.9014
bataskib@hotmail.com