IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BATASKI BAILEY,

vs

EQUIFAX CREDIT INFORMATION
SERVICES, INC., ET AL.,

CIVIL ACTION:

1:14-CV-797-CC

O R D E R

The undersigned hereby RECUSES himself from the above-styled action. The Clerk is directed to reassign this action to another judge in accordance with the Internal Operating Procedures of this Court.

SO ORDERED this 29th day of     AUGUST     2014.

*s/ CLARENCE COOPER*

CLARENCE COOPER
UNITED STATES DISTRICT JUDGE