**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

BATASKI BAILEY,                              :
                                             :
            Plaintiff,                       :
                                             :        CIVIL ACTION FILE
v.                                           :        NO.:  1:14-CV-797-MHC-JCF
                                             :
EQUIFAX CREDIT INFORMATION                   :
SERVICES, INC., EXPERIAN                     :
SOLUTIONS, INC., AND TRANS                   :
UNION, LLC                                   :
                                             :
            Defendants.                      :

## ORDER

This matter has come before the undersigned for consideration of Defendants' Motion to Stay (Doc. 101).  Plaintiff is **ORDERED** to file a response to Defendants' motion **no later than seven days from the date of entry of this Order**.

**IT IS SO ORDERED** this <u>4th</u> day of <u>December</u>, 2014.

    /s/  *J. CLAY FULLER*
    J. CLAY FULLER
    United States Magistrate Judge

1