FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 04 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BATASKI BAILEY, *pro se*  )
                                         ) CASE NO:1:14-CV-0797-MHC-JCF
            Plaintiff,  )
                                         )
V.  )
                                         )
EQUIFAX INFORMATION  )
SERVICES, INC.,  )
EXPERIAN INFORMATION  )
SOLUTIONS, INC.,  )
TRANS UNION LLC  )
                                         )
            Defendant's.  )

## PLAINTIFF'S RESPONSE IN OPPOSITION OF DEFENDANT'S JOINT MOTION FOR STAY

COMES NOW Plaintiff Bataski Bailey and files this his Plaintiff's Response in Opposition of Defendant's Joint Motion for Stay. The motion filed by the defendant's is another blatant attempt to delay these proceedings as every aspect of the defendants' logic in its motion is flawed and nonsensical.

### ARGUMENT & CITATION OF AUTHORITY

The entire premiss of the defendant's argument is that there is a question as to whether or not Wells Fargo Dealer Services inaccurately reported information. Again, that ideology is flawed as:

1

1. Wells Fargo Dealer Services has already admitted the account was reported inaccurately (see attached **Exhibits 1-3** which the defendant's are already in possession of as a result of the discovery turned over by Wells Fargo's counsel on August 22, 2014 pursuant to a subpoena); and

2. This litigation is not only about that information being reported inaccurately, but also about the failures of the defendants' respectively to follow the guidelines set forth in the Fair Credit Reporting Act as to how disputes are investigated and errors corrected; and

3. The result of those failures as it relates to the negative impact on the plaintiff's credit score; and

4. The undue emotional distress caused by the defendant's willful, malicious, and negligent actions; and

5. All other claims outlined in the Plaintiff's complaint for damages.

The defendant's claim there are issues that should be decided in Arbitration before this case should proceed. What the defendant's fail to advise the Court of is there is currently **no** Arbitration pending. In addition to the fact there are no questions left to be decided in arbitration with regards to this matter, and if there is no arbitration pending there is no reason this case should not move forward and be adjudicated on its merits.

**Exhibit 1** is a document titled Credit Bureau Dispute purported to have been sent by Wells Fargo to Equifax, Experian, and Trans Union on August 19, 2011 as shown in the second paragraph of the document. In the third paragraph entitled "Reason for Dispute" Nick March of Wells Fargo writes " Customer sent in a check in July of 2009 but was never applied, customer filed suit against us and proved to the court that the payment was made. As such, had this payment been applied correctly, the customer never would have been over 30 DPD which then caused several 60 DPD marks as well. Per judgement against Wells Fargo Dealer Services, we need to remove ALL negative credit reporting." **Exhibits 2 and 3** are Wells Fargo internal documents purportedly confirming the statements within exhibit 1, the document purportedly transmitted to Equifax, Experian, and Trans Union.

This litigation focuses more-so on the process by which the defendant's used to "investigate" the plaintiff's disputes if they investigated at all. Also, why even after this document was purportedly sent to the defendant's did they continued to report the same inaccurate information. And why even after this document was purportedly sent to the defendant's did an investigation by the defendant's after the plaintiff filed a dispute return a confirmation this inaccurate information was indeed "accurate".

3

In *Security Ins. Co. of Hartford v. Trustmark Ins. Co.*, 283 F. Supp. 2d 612, 614 (D. Conn. 2003) *quoting from Sierra Rutile Ltd. v. Katz*, 937 F.2d 743, 750 (2d Cir. 1991); *Clinton v. Jones, supra* at 708 (proponent of stay bears burden of establishing its need); *Louis Vuitton, supra* at 97 (same); *Baisden v. Bourne*, 2006 WL 3497854 (D. Neb.) (burden on movant of showing specific hardship or inequity) the Court sets a strenuous standard on requiring the proponent of a stay to prove its need.

With respect to need, i.e., to avoid hardship or inequity, the courts have been clear that "being required to defend a suit, without more, does not constitute a 'clear case of hardship or inequity' within the meaning of *Landis*." *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1112 (9th Cir. 2005); *Baisden v. Bourne, supra* at *3-4 (same; also, "mere compliance with a discovery schedule" is not a hardship to justify a stay). Likewise, the desire to proceed "with one case at a time does not justify the burden of delay a stay may cause the [opposing parties]." *Id.* at *4.2

## CONCLUSION

As outlined above the plaintiff can make a *prima facie* case without any further evidence from Wells Fargo that the defendant's either knew or should have known the information being reported was in fact inaccurate yet failed to take the necessary steps to investigate these inaccuracies and/or correct these inaccuracies as required by the Fair Credit Reporting Act.

4

WHEREFORE, the plaintiff prays upon this Court to **DENY** the Defendant's Joint Motion for Stay.

Respectfully submitted this 4th day of December, 2014.

___/s/ Bataski Bailey___
BY: Bataski Bailey *Pro Se*

Bataski Bailey *Pro Se*
1778 Twin Brooks Dr. SE
Marietta, GA 30067
404.933.9014
bataskib@hotmail.com

5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BATASKI BAILEY, *pro se* )<br>  )<br>  Plaintiff, )<br>  )<br> V. )<br>  )<br> EQUIFAX INFORMATION )<br> SERVICES, INC., )<br> EXPERIAN INFORMATION )<br> SOLUTIONS, INC., )<br> TRANS UNION LLC )<br>  )<br>  Defendant's. ) | CASE NO:1:14-CV-0797-MHC-JCF |

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have on this date served a copy of the foregoing **PLAINTIFF'S RESPONSE IN OPPOSITION OF DEFENDANT'S JOINT MOTION FOR STAY** upon the following individuals, in the aforesaid action. I have deposited a copy of same via email, and in the United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon addressed to:

Brian Olson
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
404.572.4600
bjolson@kslaw.com

Alex M. Barfield
Suite 4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3243
404.614.7400
abarfield@hptylaw.com

6

Saira Draper Esq.
Jones Day
1420 Peachtree Street, NE Suite 800
Atlanta, GA 30309-3053
404.581.8337
sdraper@jonesday.com


Respectfully submitted this 4th day of December, 2014.

_____/s/ Bataski Bailey_____
    BY: Bataski Bailey *Pro Se*

Bataski Bailey *Pro Se*
1778 Twin Brooks Dr. SE
Marietta, GA 30067
404.933.9014
bataskib@hotmail.com

7



Aug. 19. 2011 1:01PM    No. 9640   P. 1

**Wells Fargo Dealer Services**



AUG 19 2011

## Credit Bureau Dispute

| | | |
|---|---|---|
| **Date** 08/18/2011 | | |
| **Last Name** Bailey | **First Name** Balaski | **Middle Initial** |
| **Address** 1006 PARKWAY AVE SE | | |
| **City** SMYRNA | **State** GA | **Zip** 30080 |
| **Daytime Phone** (404) 933-9014 | **Date of Birth** 09/26/1980 | |
| **Account Number** | | |

**Credit Bureau Name (check one)**

☒ Equifax    ☒ Experian    ☒ Trans Union

**Item in Dispute**
All 30/60 DPD Marks

**Reason for Dispute**
Customer sent in a check in July of 2009 but was never applied, customer filed suit against us and proved to the court that the payment was made. As such, had this payment been applied correctly, the customer never would have been over 30 DPD which then caused several 60 DPD marks as well. Per judgement against Wells Fargo Dealer Services, we need to remove ALL negative credit reporting.

Please include a copy of your credit report if you have one available.

I certify that all of the information above is true and complete. I further certify that I am the borrower, co-borrower, guarantor, or authorized signer/user on the above account.

NICK MARCH                                                                              8/19/11
Print Name          Signature (required)                                                Date

Mail or fax the completed form to the address or fax number provided below. DO NOT send any other company correspondence to this address. Please note that the Fair Credit Reporting Act Section 611 requires data providers to respond to disputes within 30 days of receipt of your notice. You will receive an acknowledgement letter providing the date that Wells Fargo Dealer Services received and logged your dispute.

**Wells Fargo Dealer Services CBDR**
Post Office Box 1697
Winterville, NC 28590
Fax Number: 800-428-1767

OF-411 (07/1/11)
Wells Fargo Dealer Services is a division of Wells Fargo Bank, N.A. © 2011 Wells Fargo Bank, N.A. All rights reserved.

CBD4E4E5F2674C9 Page 1 of 2 received on 8/19/2011 1:02

WF-000199

**Ex. 2**

Aug. 22. 2011  1:59PM                                               No. 9710   P. 1/2

Wells Fargo Dealer Services

12481L1

AUG 22 2011



## Internal Credit Bureau Correction Request

Open Cycle #5

| Customer Name(s) | | |
|---|---|---|
| BATASKI BAILEY | | |
| Address | | |
| 1006 PARKWAY AVE SE | | |
| City | State | Zip Code |
| SMYRNA | GA | 30080 |
| Account Number | | State of Origin |
| 7690073039    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 | | GA |

**Description of Request**

Customer sent a check in July 2009 which would have prevented any 30/60/90 marks on credit. Customer filed suit against us and Judgement was entered in the customer's favor. We agreed to remove all negative credit reporting from the customer's account. Please remove ALL 30/60/90 from the customer's credit profile and send to all 3 Credit reporting agencies.

For Ops Recovery Support Only

** Attach copy of borrower (and co-borrower) profile screen(s) and all pages of related balance screens. Provide any documentation available to assist in the proper Identification/research of this dispute.

☒ Send letter per customer's request

**ONLY PROVIDE A CREDIT REPORT COPY IF THE CUSTOMER HAS ONE AVAILABLE. DO NOT INITIATE A CREDIT INQUIRY OR PULL A CREDIT REPORT REGARDING THE ABOVE DISPUTE.**

| Requester Name |
|---|
| Nick March |
| Approved By Supervisor of Above (print)  NICK MARCH |
| F/C Department Name |
| Atlanta RCC |
| MAC/City |
| G0288-040 |
| Area Code/Telephone Number |
| (770) 250-2449 |

This form is for internal use only and must be completed in its entirety. Forms that are not properly completed, or do not have the required screen prints will be returned to the sender. The Credit Bureau Dispute Resolution Unit will review the request and advise you in writing if the request is denied.

Mail, fax or email completed form and printouts to:
Wells Fargo Dealer Services CBDR, MAC: D1644-01V, Fax 800-428-1767,
creditbureau.corrections@wellsfargo.com

OF-409 (07/1/11)
Wells Fargo Dealer Services is a division of Wells Fargo Bank, N.A. © 2011 Wells Fargo Bank, N.A. All rights reserved.

CBD4E5261604E0E  Page 1 of 2 received on 8/22/2011 2:00

WF-000193

# DTS Dispute Coversheet



1248161

**SOR Account #** 7690073039
**Customer Account** 7690073039
**SSN/TIN** 593098768
**Name** BATASKI BAILEY
**Address** 1006 PARKWAY AVE SE
SMYRNA GA 30080
**Guarantor Name** N/A
**Guarantor SSN** N/A
**Guarantor Address** N/A
N/A
**Orig. CRA** DFR
**Type** AUD
**Dispute Code 1** 901
**Dispute Code 2**
**Service Area** WDS
**Special Handling**
**NCRA Code**
**Policy Exception** N
**Dispute Description** cs snt ck in 7/2009 which wld have prevented any 30/60/90 dy marks on crdt, cs filed lawsuit against us and judgemnt ws entered in cs favor, we agreed to rmv all negative crdt rptings frm cs acct, plse rmv per Nick
**Response Code** 02
**DNR Date** 9/20/2011
**Received Date** 8/22/2011
**Response Date** 8/23/2011
**Response** remvd 28x30 5-12/09,1-12/10,1-8/11,9x60 4,6,7,8,9,10,11/10,1,7/10, ccc xh, due to legal settlment. (8/11nyr) snt os ltr jb

**Processor** Barwick, Joy A236672

Wednesday, August 24, 2011

WF-000192