UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BATASKI BAILEY, *pro se*     )
                             ) CASE NO:  1:14-CV-0797-CC
        Plaintiff,           )
                             )
V.                           )
                             )
EQUIFAX INFORMATION          )
SERVICES, INC.,              )
EXPERIAN INFORMATION         )
SOLUTIONS, INC.,             )
TRANS UNION LLC              )
                             )
        Defendant's.         )

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served a copy of the foregoing **PLAINTIFF BATASKI BAILEY'S SECOND PRODUCTION OF DOCUMENTS TO DEFENDANT EQUIFAX INFORMATION SERVICES, INC.** upon the following individuals, in the aforesaid action. I have deposited a copy of same via email, and in the United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon addressed to:

Brian Olson Esq.
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309-3521
404.572.4600
bjolson@kslaw.com

Respectfully submitted this 9th day of December, 2014.
         /s/ Bataski Bailey
    BY: Bataski Bailey **Pro Se**
1778 Twin Brooks Dr. SE
Marietta, GA 30067
404.933.9014
bataskib@hotmail.com

5