IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BATASKI BAILEY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. |
| EQUIFAX CREDIT INFORMATION | ) | 1:14-CV-00797-MHC-JCF |
| SERVICES, INC., EXPERIAN | ) | |
| INFORMATION SOLUTIONS, INC., | ) | |
| AND TRANS UNION LLC | ) | |
| Defendants. | ) | |

## DEFENDANTS' NOTICE REGARDING ARBITRATION BETWEEN PLAINTIFF AND WELLS FARGO

Defendants Trans Union LLC ("Trans Union"), Experian Information Solutions, Inc. ("Experian"), and Equifax Information Services LLC ("Equifax") (collectively referred to as the "Defendants"), jointly and respectfully file this Notice Regarding Arbitration between Plaintiff and Wells Fargo, pursuant to the Court's Order on February 20, 2015, and would show the Court as follows:

1.     On February 20, 2015, the Court issued an Order which stayed this case and directed the parties "to notify the Court no later than 45 days from the date of the entry of his order conferencing whether documents from Wells Fargo secured pursuant to the subpoena indicated whether an arbitration is pending between Bailey and Wells Fargo." (Doc. 121).

2.      On February 27, 2015, Plaintiff filed a letter with the Court admitting that arbitration with Wells Fargo had been initiated by Plaintiff. (Doc. 123).

3.      In response to Trans Union's subpoena to Wells Fargo, Wells Fargo produced documents confirming arbitration had been initiated.  Specifically, Wells Fargo produced Plaintiff's Complaint for Damages filed with the American Arbitration Association on or about December 2, 2014.  *See* Exhibit A.  Wells Fargo also produced correspondence and an invoice from the American Arbitration Association, dated January 23, 2015, sent in response to Plaintiff's arbitration demand.  *See* Exhibit B.

4.      On March 5, 2015, Plaintiff filed his Objections to Magistrate Judge's Order dated February 20, 2015 ("Objections").  (Doc. 124).  Included in Plaintiff's Objections was an objection to the Magistrate Judge's Order Denying Plaintiff's Motion to Quash the subpoena to Wells Fargo.  Defendants filed their Response to Plaintiff's Objections on March 23, 2015.  (Doc. 126).

5.      After receipt of Wells Fargo's documents, counsel for Trans Union requested that Wells Fargo also produce additional documents that show the scheduling of the arbitration and whether all prerequisites to the arbitration have been met.  However, because Plaintiff had filed Objections to the Court's February 20, 2015, Order, Wells Fargo requires a ruling on Plaintiff's Objections before producing additional documents in response to the subpoena.

6.     To the extent the Court requires additional documents from Wells Fargo to satisfy the notification request included in its February 20, 2015 Order, a ruling on Plaintiff's Objections may be necessary.

Respectfully submitted,

/s/ Alyson V. Blatney

**ALYSON V. BLATNEY** (*admitted pro hac vice*)
alyson.blatney@strasburger.com
Texas Bar No. 24066249
**STRASBURGER & PRICE, LLP**
2801 Network Boulevard, Suite 600
Frisco, TX  75034
Telephone: (469) 287-3964
Facsimile:  (469) 305-4295
  *and*
**ALEX BARFIELD**
abarfield@hplegal.com
**Hawkins Parnell Thackston & Young, LLP**
4000 SunTrust Plaza, 303 Peachtree St, NE
Atlanta, GA 30308-3243
Telephone: (404) 614-7400
Facsimile:  (404) 614-7500
***Counsel For Trans Union LLC***


/s/ Jessica Cox Casey

**Jessica Cox Casey**
jcasey@jonesday.com
Jones Day
1420 Peachtree Street, NE. Suite 800
Atlanta, GA 30309-3053
(404) 581-8582

*Counsel for Experian Information Solutions, Inc.*

*/s/ Brian J. Olson*

**Brian J. Olson**
bjolson@kslaw.com
King & Spalding
1180 Peachtree Street, N.E., 40th Floor
Atlanta, GA 30309-3521
(404) 215-5806
*Counsel for Equifax Information Services, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 6th day of April, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

**Jessica Cox Casey**
jcasey@jonesday.com
**Natalie Williams**
nwilliams@jonesday.com
**Saira Draper**
sdraper@jonesday.com
Jones Day
1420 Peachtree Street, NE. Suite 800
Atlanta, GA 30309-3053
(404) 581-3939
(404) 581-8337 Fax
*Counsel for Experian Information Solutions, Inc.*

**Brian J. Olson**
bjolson@kslaw.com
King & Spalding
1180 Peachtree Street, N.E., 40th Floor
Atlanta, GA 30309-3521
(404) 215-5806
*Counsel for Equifax Information Services LLC*

and hereby certify that I have served the foregoing document to the following non-CM/ECF participant via First Class Mail:

**Bataski Bailey**
1778 Twin Brooks Dr. SE
Marietta, GA 30067
Telephone: (404) 933-9014
*Pro Se Plaintiff*

*/s/ Alyson V. Blatney*
ALYSON V. BLATNEY