IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BATASKI BAILEY,    )<br>        )<br>    Plaintiff,    )<br>        )<br>v.    )<br>        )<br>        )<br>EQUIFAX CREDIT INFORMATION    )<br>SERVICES, INC., EXPERIAN    )<br>INFORMATION SOLUTIONS, INC.,    )<br>AND TRANS UNION LLC    )<br>        )<br>    Defendants.    ) | CASE NO.<br>1:14-CV-00797-MHC-JCF |

## DEFENDANTS' STATUS REPORT

Defendants Trans Union LLC ("Trans Union"), Experian Information Solutions, Inc. ("Experian"), and Equifax Information Services LLC ("Equifax") (collectively referred to as the "Defendants"), jointly and respectfully file this Status Report in response to the Court's Order dated June 8, 2015. (Doc. 132.)

### I.    Effect of Arbitration

On February 20, 2015, this Court entered a stay as a result of pending arbitration between Plaintiff and Wells Fargo, N.A. (Doc. 121.) As explained in the Defendants' Motion to Stay, before Plaintiff can prove that Defendants are liable in the instant case, he must first prove that the Wells Fargo Account was inaccurately reporting. If, however, Plaintiff is unable to prove inaccuracy of the Wells Fargo Account, his claim fails as a matter of law.

On May 7, 2015, the arbitrator issued her decision. In that award, she granted summary judgment to the Respondent Wells Fargo on Plaintiff's claims under the Fair Credit Reporting Act. This decision demonstrates that Plaintiff cannot show that the Wells Fargo account is inaccurate. Accordingly, Defendants anticipate filing a Motion for Summary Judgment pending the outcome of its Renewed Motion for Sanctions (in which the Defendants seek dismissal), discussed *infra*.

## II. Discovery

This Court entered a Scheduling and Discovery Order on July 10, 2014. (Doc. 24.) Per the Scheduling and Discovery Order, the original discovery period for this matter ended on October 14, 2014. A minute entry entered on September 11, 2014 extended the discovery period to January 30, 2015. (Doc. 80.) A second minute entry on January 20, 2015, delayed the close of discovery to May 8, 2015. No further extensions have been requested as a result of the stay.

Prior to the stay of the case, the Parties engaged in limited discovery. All parties have exchanged initial disclosures and discovery requests. Plaintiff's Responses to all three Defendants were tardy and woefully incomplete. Despite Court intervention on August 20, 2014 (Doc. 55), Plaintiff did not serve responses to Defendants' written discovery requests by the Court-ordered deadline. Instead, after the deadline, Plaintiff collectively answered only a few interrogatories and

produced only three documents.  Defendants then jointly filed a Motion for Sanctions, or in the alternative, Motion to Compel on September 26, 2014, based on Plaintiff disobeying a Court Order and his willful disregard for the discovery process. (Doc. 90.)

Plaintiff's refusal to meaningfully participate in discovery has also delayed the depositions of all Parties.  Per the instructions of this Court, Plaintiff may not take Defendants' 30(b)(6) witness depositions until his deposition has been completed. (Doc. 80.)  As a result, depositions of all Parties are outstanding.

Defendants have responded to Plaintiff's discovery requests in addition to producing all of their nonconfidential documents.[1]  Plaintiff filed a Motion to Compel against Experian on October 14, 2014, based on its Responses to four of Plaintiff's Interrogatories. (Doc. 92.)  Plaintiff filed a second Motion to Compel against Equifax based on its Responses to three of Plaintiff's Interrogatories. (Doc. 99.)

On February 20, 2015, the Court entered an Order (Doc. 121) denying Defendants' Motion for Sanctions or to Compel (Doc. 90) and Plaintiff's Motions to Compel (Docs. 92 and 99) as moot.  Once the stay is lifted, Defendants intend to file a Renewed Motion for Sanctions or to Compel in accordance with the Court's instructions in the February 20, 2015 Order.

---

[1] Plaintiff refused to enter into a confidentiality agreement; therefore no confidential or proprietary documents have been produced by the Defendants.

Respectfully submitted,

*/s/ Jessica C. Casey*

**Jessica C. Casey**
jcasey@jonesday.com
Jones Day
1420 Peachtree Street, NE. Suite 800
Atlanta, GA 30309-3053
(404) 581-8337
*Counsel for Experian Information Solutions, Inc.*

 */s/ Alyson V. Blatney*

**ALYSON V. BLATNEY** (*admitted pro hac vice*)
alyson.blatney@strasburger.com
Texas Bar No. 24066249
**STRASBURGER & PRICE, LLP**
2801 Network Boulevard, Suite 600
Frisco, TX  75034
Telephone: (469) 287-3964
Facsimile:  (469) 305-4295

*and*

**ALEX BARFIELD**
abarfield@hplegal.com
**Hawkins  Parnell  Thackston  &  Young, LLP**
4000 SunTrust Plaza, 303 Peachtree St, NE
Atlanta, GA 30308-3243
Telephone: (404) 614-7400
Facsimile:  (404) 614-7500
*Counsel For Trans Union LLC*

*/s/ Brian J. Olson*

**Brian J. Olson**
bjolson@kslaw.com
King & Spalding
1180 Peachtree Street, N.E., 40th Floor
Atlanta, GA 30309-3521
(404) 215-5806
***Counsel for Equifax Information Services, LLC***

## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of June, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

**Alyson Blatney**
*(admitted pro hac vice)*
alyson.blatney@strasburger.com
STRASBURGER & PRICE, LLP
2801 Network Boulevard, Suite 600
Frisco, TX 75034
Telephone: (469) 287-3964
Facsimile: (469) 305-4295

   and

**Alex Barfield**
abarfield@hplegal.com
Hawkins Parnell Thackston & Young,
4000 SunTrust Plaza
303 Peachtree St, NE
Atlanta, GA 30308-3243
Telephone: (404) 614-7400
Facsimile: (404) 614-7500
*Counsel For Trans Union LLC*

**Brian J. Olson**
bjolson@kslaw.com
King & Spalding
1180 Peachtree Street, N.E., 40th Floor
Atlanta, GA 30309-3521
(404) 215-5806
*Counsel for Equifax Information Services LLC*

and hereby certify that I have served the foregoing document to the following non-CM/ECF participant via First Class Mail:

**Bataski Bailey**
1778 Twin Brooks Dr. SE
Marietta, GA 30067
Telephone: (404) 933-9014
***Pro Se Plaintiff***

>                                  */s/ Jessica C. Casey*
>                                  JESSICA C. CASEY